1 | **RAMZY PAUL LADAH**
Nevada Bar No. 11405
2 | **LADAH LAW FIRM**
517 S. Third Street
3 | Las Vegas, NV 89101
litigation@ladahlaw.com
4 | T: 702.252.0055
F: 702.248.0055
5 | *Attorneys for Plaintiff*

6 | **UNITED STATES DISTRICT COURT**

7 | **DISTRICT OF NEVADA**

8 | ROSA BAGHDASARIAN, an individual,
Plaintiff,
9 | vs.

10 | LOWE'S HOME CENTER, LLC. dba
LOWE'S HOME CENTER, LLC-STORE #
11 | 0784, a Foreign Limited-Liability Company,
DOES I through X, inclusive; and ROE
12 | CORPORATIONS I through X, inclusive,

13 | Defendants.

CASE NO: 2:18-cv-01809-RFB-DJA

**STIPULATION AND ORDER TO
EXTEND JOINT PRE-TRIAL ORDER**

**(SIXTH REQUEST)**



14 | The parties, by and through their respective counsel of record, hereby stipulate and request

15 | that this Court extend the Joint Pre-Trial Order deadline of May 14, 2020 in the above-captioned

16 | matter for Thirty (30) days from the previous deadline, to June 15, 2020 **for the limited purpose of**

17 | **conducting one additional deposition, as detailed below.** In support of this stipulation, the

18 | 19 | parties state as follows:

20 | **I. DISCOVERY COMPLETED**

21 | 1. The parties have served initial disclosures pursuant to Fed. R. Civ. P. 26(a).

22 | 2. The parties have each served two supplements to their initial Rule 26(a) disclosures.

23 | 3. Defendant has propounded interrogatories and requests for production of documents, and

24 | Plaintiff has served responses thereto.

25 | 4. Plaintiff has propounded two sets of interrogatories, two sets of request for production of

26 | documents, and one set of requests for admission, and Defendant has served responses

27 | thereto.

28 |

5.  Defendant has taken the deposition of non-party Robert Charles.

6.  Defendant has taken the deposition of Plaintiff.

7.  The parties have served initial expert disclosures.

8.  Defendant has taken the deposition of non-party witness Kamran Zahedi.

## II.  LIMITED, ADDITIONAL DEPOSITION SOUGHT FOR COMPLETION

1.  Plaintiff will take the deposition of Defendant's employee, Laurene Stevens.

## III.  GOOD CAUSE/EXCUSABLE NEGLECT SUPPORTING REQUESTED RELIEF

Discovery is essentially complete in this matter.  However, the parties have been unable to secure the testimony of one additional witness, Laurene Stevens.  The parties have sought to depose Ms. Stevens for approximately three months, but she has been (understandably) unavailable to appear as a result of both traveling out of state and concerns regarding the ongoing Coronavirus pandemic.  The parties anticipate Ms. Stevens' testimony will prove critical to their assessment of underlying liability issues.  Fortunately, Ms. Stevens is now available and willing to appear, and is currently scheduled to be deposed on **May 12, 2020.**

The parties recognize and acknowledge the importance of the Court's deadlines, and similarly understand the importance of adhering thereto. The parties respectfully submit that, under the current circumstances, there exists good cause justifying the relief sought herein.

## IV.  PROPOSED, REVISED SCHEDULE

The parties' proposed, revised schedule for the completion of this deposition as follows:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | March 16, 2020 | To remain closed |
| Amendment to Pleadings | Closed | To remain closed |
| Interim Status Report | Completed | N/A |
| Expert Disclosure | Closed | To remain closed |
| Rebuttal Expert Disclosure | Closed | To remain closed |

| Dispositive Motions | May 14, 2020 | May 14, 2020 |
| Joint Pretrial Order | Thursday, May 14, 2020 | Monday, June 15, 2020 |

WHEREFORE, the parties respectfully request that this Court extend the deadline for filing the Joint Pre-Trial Order by 30 days in accordance with the table above.

**OLSON CANNON GORMLEY**
**& STOBERSKI**

Walter R. Cannon
Nevada Bar No. 1505
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
*Attorney for Defendant*

**LADAH LAW FIRM**

Ramzy Paul Ladah
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV, 89101
*Attorney for Plaintiffs*

///

///

///

///

///

///

///

///

///

///

///

## ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that the deadline to file the Joint Pretrial Order shall be extended in this matter, as follows:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | March 16, 2020 | To remain closed |
| Amendment to Pleadings | Closed | To remain closed |
| Interim Status Report | Completed | N/A |
| Expert Disclosure | Closed | To remain closed |
| Rebuttal Expert Disclosure | Closed | To remain closed |
| Dispositive Motions | May 14, 2020 | May 14, 2020 |
| Joint Pretrial Order | Thursday, May 14, 2020 | Monday, June 15, 2020 |

IT IS SO ORDERED.

Dated this 15th day of May 2020.

_____
U.S. MAGISTRATE JUDGE

4