WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - Phone
(702) 383-0701-Fax
wcannon@ocgas.com
Attorney for Defendant
Lowe's Home Centers, LLC,
d/b/a Lowe's Home Centers,
LLC-Store #0784

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

ROSA BAGHDASARIAN, an individual )
        Plaintiff, )
         )
vs. )
         )
LOWE'S HOME CENTER, LLC, dba ) Case No. 2:18-cv-01809-RFB-DJA
LOWE'S HOME CENTER, LLC-STORE )
#0784, a Foreign Limited-Liability )
Company, DOES I through X, inclusive; )
and ROE CORPORATIONS I through X, )
inclusive, )
         )
        Defendants. )

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1  IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff, Rosa Baghdasarian, JOSEPH C. CHU, ESQ., of LADAH LAW FIRM, and counsel for the Defendant, Lowe's Home Centers, LLC, WALTER R. CANNON, ESQ., of OLSON CANNON GORMLEY & STOBERSKI, that the above-entitled action may be dismissed with prejudice; each side to bear their own costs and attorney's fees.

DATED this 5th day of December, 2020.

LADAH LAW FIRM

BY: _____
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
517 S. Third Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

OLSON CANNON GORMLEY & STOBERSKI

BY: _____
WALTER R. CANNON, ESQ.
Nevada Bar No. 1505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 11th day of December, 2020.

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

BY: _____
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant